**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| DAVID W. NAIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:06-CV-292 PS |
| | ) | |
| J.C. GUTIERREZ, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

<u>**OPINION AND ORDER**</u>

David W. Nail, a *pro se* prisoner, filed a motion to amend his complaint and a motion to

stay pursuant to the court's April 9, 2007 order. Because the court will need to re-screen Mr.

Nail's proposed amended complaint, his motion to stay this case pending re-screening (docket #

93) is **GRANTED.** This case is **STAYED** until further notice from the court.

SO ORDERED on May <u>21</u>, 2007.

<u>S/ROGER B. COSBEY</u>
Roger B. Cosbey
United States Magistrate Judge